IN THE CIRCUIT COURT,
FIFTH JUDICIAL CIRCUIT,
IN AND FOR MARION COUNTY,
FLORIDA

KELLY MITCHELL,

CASE NO.: 12-3236-CA-B

    Plaintiff,

DIVISION:

-vs-

FREDERICK OWENS, and
TRANS-CARRIERS, INC.

    Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff sues the Defendants and allege:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $15,000.00.

2. At all times material hereto, the Plaintiff, Kelly Mitchell, was a resident of Marion County, Florida.

3. At all times material hereto, the Defendant, Frederick Owens, was a resident of Walker County, Texas residing at 71 Knox Circle, Huntsville, Texas.

4. At all times material hereto, Defendant, Trans-Carriers, Inc., was an Arkansas corporation with its principal address at 5135 Highway 78, Memphis, Tennessee.

5. That the collision giving rise to this litigation occurred on June 6, 2011, at 4:29 p.m., on Southbound Interstate 75 at or near mile marker 337.3, Marion County, Florida.

6. That on June 6, 2011, Frederick Owens, while in the course and scope of his employment with Defendant Trans-Carriers, Inc., negligently drove his vehicle into the Plaintiff's vehicle.

7. That at all times material hereto Defendant, Frederick Owens, had a duty to operate the vehicle with reasonable care for other motorists such as the Plaintiff.

8. That Defendant, Frederick Owens, negligently breached that duty when he collided with Plaintiff's vehicle.

9. That Defendant, Trans-Carriers, Inc., is vicariously liable for the negligent action of Frederick Owens while in the course and scope of his employment with Trans-Carriers, Inc.

## COUNT 1
### NEGLIGENT OPERATION OF MOTOR VEHICLE BY DEFENDANT, FREDERICK OWENS

Plaintiffs, reallege paragraphs one through nine and further allege:

10. That on or about June 6, 2011, Frederick Owens, negligently drove a motor vehicle in a manner so that it collided with Plaintiff's vehicle on the roadway.

11. As a direct and proximate result of the negligence of Defendant, Frederick Owens, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, Kelly Mitchell, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, Kelly Mitchell, demands judgment for damages and costs against Defendant, Frederick Owens, and a trial by jury of all issues herein.

## COUNT II
### VICARIOUS LIABILITY AS TO DEFENDANT, TRANS-CARRIERS, INC.

Plaintiff, realleges paragraphs one through nine and further allege:

12. At the date and time specified above, Frederick Owens was operating a motor vehicle while in the course and scope of his employment with Trans-Carriers, Inc., in a negligent manner causing the subject collision.

13. As employer of Frederick Owens, Defendant Trans-Carriers, Inc., is vicariously liable for Frederick Owens's negligent actions while in the course and scope of his employment.

14. As a direct and proximate result of the aforesaid negligence, Plaintiff, Kelly Mitchell, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, Kelly Mitchell, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, Kelly Mitchell, demands judgment for damages and costs against Defendant, Trans-Carriers, Inc., and a trial by jury of all issues herein.

FARAH & FARAH, P.A.

_____
Wesley T. Ford
Florida Bar No.: 0035738
1534 Kingsley Avenue
Orange Park, FL 32073
(904) 264-0701
(904) 278-1939 (facsimile)
wford@farahandfarah.com
Attorney for Plaintiff