# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

KELLY MITCHELL,

                Plaintiff,

vs.                                     Case No.  5:12-cv-561-Oc-34PRL

FREDERICK OWEN and
TRANS-CARRIERS, INC.,

                Defendants.

_____

## <u>ORDER OF DISMISSAL</u>

This matter is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 28; Stipulation) filed on July 24, 2013.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

1.      This case is **DISMISSED with prejudice**.

2.      Each party shall bear their own attorneys' fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers, this 25th day of July, 2013.

*Marcia Morales Howard*

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record